IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:04CR152 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| DOUGLAS SAVOY THOMAS. ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and NFL PLAYERS' SECOND CAREER SAVINGS PLAN:

A judgment was entered on July 8, 2005, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the Defendant, Douglas Savoy Thomas, aka/Douglas Thomas, aka/Doug Thomas, whose last known address is XXXXXXXXXX, Charlotte, NC 28277, in the amount of $443,896.00. The amount owing as of May 3, 2012, is $440,228.40.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and NFL Players' Second Career Savings Plan is commanded to **turn over property** in which the Defendant Douglas Savoy Thomas, aka/Douglas Thomas, aka/Doug Thomas, has a substantial non-exempt interest, the said property being funds in accounts held by the NFL Players' Second Career Savings Plan, including but not limited to a 401(k) account in the name of Douglas Savoy Thomas, aka/Douglas Thomas, aka/Doug Thomas, at 200 Saint Paul Street, Suite 2420, Baltimore, Maryland 21202.

Signed: May 15, 2012

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge